UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jaquez,

           Plaintiff,

–v–

Platinum Acquisitions, LLC, *et al.*,

           Defendants.

20-cv-09287 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties were instructed to submit their joint letter seven days in advance of the conference scheduled for July 23, 2021. Dkt. No. 16. The parties have not done so. The parties shall submit their joint letter by July 20, 2021.

SO ORDERED.

Dated: July 19, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge